IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| HADRIAN MUMPUKU § | |
| § | |
| v. § | Case No. 4:18-cv-00785-ALM |
| § | |
| CITY OF PLANO, § | |
| PLANO POLICE DEPARTMENT, § | |
| BRAD NEAL, JOHN DOE, and § | |
| MEDICAL CENTER OF PLANO § | |

**DEFENDANTS CITY OF PLANO AND BRAD NEAL'S
ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND**

# EXHIBIT NO. 2

# VIDEOS ON DISCS

# DELIVERED TO COURT AND PLAINTIFF'S COUNSEL


