# TEXAS COMMISSION ON LAW ENFORCEMENT

# PERSONAL STATUS REPORT

**Report Date** 2018-01-27



## Award History

| Award | Awarded | Type |
|---|---|---|
| Peace Officer License | July 19, 1985 | License |
| Basic Peace Officer | September 01, 1985 | Certificate |
| Basic Instructor Proficiency | March 01, 1994 | Certificate |
| Advanced Peace Officer | July 01, 1994 | Certificate |
| Intermediate Peace Officer | July 01, 1994 | Certificate |
| Standardized Field Sobriety Testing Practitioner | July 01, 1998 | Certificate |
| Drug Recognition Expert | April 28, 1999 | Certificate |

| Master Peace Officer | October 30, 2003 | Certificate |

## Service History

| Appointment | Department | Award | Start Date | End Date | Service Time |
| --- | --- | --- | --- | --- | --- |
| Peace Officer | RICHARDSON POLICE DEPT. | Peace Officer License | July 19, 1985 | December 29, 1995 | 32.5 years |
| Peace Officer | PLANO POLICE DEPT. | Peace Officer License | January 08, 1996 | | 32.5 years |

## Licenses

| License | Service time |
| --- | --- |
| Peace Officer | 32 years, 6 months |
| Total officer time | 32 years, 6 months |

## Formal Education (TCOLE Approved)

| Degree | Hours |
| --- | --- |

| College Credits | 57 |
|---|---|

**Total formal education hours** 57

**Total training hours** 1140

# Continuing Education and Training History

## Current training unit hours (09/01/2017 – 08/31/2019)

| Course number | Course | Date | Hours | Institution |
|---|---|---|---|---|
| 8158 | Body Worn Camera | November 15, 2017 | 2 | Plano Police Academy |
| 3185 | 85th Legislative Session Legal Update* | October 18, 2017 | 4 | Plano Police Academy |
| 3340 | Crowd Control | October 18, 2017 | 4 | Plano Police Academy |
| 9909 | Officer Involved Shooting | September 29, 2017 | 4 | Collin County Sheriff's Office |

**Current continuing education hours** 14

## Past continuing education hours

| Course | Course | Date | Hours | Institution |
|---|---|---|---|---|

| number | | | | |
|--------|--------|--------|--------|--------|
| 9909 | Officer Involved Shooting | September 29, 2017 | 4 | Collin County Sheriff's Office |
| 66300 | FEMA Int. ICS Exp. Incident (Class Rm) (FEMA IS-30 | May 25, 2017 | 18 | TEEX Central Texas Police Academy |
| 3791 | Police Command Staff Training | April 28, 2017 | 216 | Institute for Law Enforcement Administration |
| 3939 | Cultural Diversity* | April 28, 2017 | 24 | Institute for Law Enforcement Administration |
| 4040 | Mental Impairment (General) | December 08, 2016 | 2 | Plano Police Academy |
| 4052 | Hearing Disabilities | December 08, 2016 | 1 | Plano Police Academy |
| 2072 | Traffic Law | December 07, 2016 | 1 | Plano Police Academy |
| 2046 | Driving | December 07, 2016 | 2 | Plano Police Academy |
| 2040 | Defensive Tactics | December 06, 2016 | 1 | Plano Police Academy |

| 3283 | Gangs | December 06, 2016 | 1 | Plano Police Academy |
|---|---|---|---|---|
| 2095 | Use of Force (Non-Intermediate Core Course) | December 05, 2016 | 1 | Plano Police Academy |
| 3901 | Family Violence | December 05, 2016 | 3 | Plano Police Academy |
| 2045 | Patrol Procedures | December 05, 2016 | 2 | Plano Police Academy |
| 3305 | Active Shooter Response | November 29, 2016 | 4 | Plano Police Academy |
| 62040 | Defensive Tactics - Canine Encounters (Proprietary* | November 09, 2016 | 4 | Plano Police Academy |
| 4068 | Child Safety Check Alert List (Intermediate/Advanc* | November 07, 2016 | 1 | Plano Police Academy |
| 3340 | Crowd Control | December 18, 2015 | 2 | Plano Police Academy |
| 3847 | Excited Delirium Syndrome | December 18, 2015 | 2 | Plano Police Academy |
| 3904 | Cultural Awareness | December 18, | 1 | Plano Police Academy |

| | | 2015 | | |
|---|---|---|---|---|
| 2040 | Defensive Tactics | December 18, 2015 | 1 | Plano Police Academy |
| 2045 | Patrol Procedures | December 18, 2015 | 2 | Plano Police Academy |
| 2046 | Driving | December 18, 2015 | 8 | Plano Police Academy |
| 2055 | Firearms | December 18, 2015 | 4 | Plano Police Academy |
| 2096 | Arrest, Search & Seizure (Non-Intermediate Core Co | December 18, 2015 | 3 | Plano Police Academy |
| 3184 | 84th Legislative Session Legal Update* | December 18, 2015 | 4 | Plano Police Academy |
| 3256 | Racial Profiling* | December 18, 2015 | 1 | Plano Police Academy |
| 2178 | S.F.S.T. Practitioner Update | April 07, 2015 | 8 | Plano Police Academy |
| 3012 | Management Theory | December 09, 2014 | 24 | Plano Police Academy |

| 2057 | Courtroom Demeanor/Testimony | December 04, 2014 | 1 | Plano Police Academy |
| 2019 | Fraud and Bunco Inv. | December 04, 2014 | 1 | Plano Police Academy |
| 2024 | Narcotics/Dangerous Drug Inv. | December 04, 2014 | 2 | Plano Police Academy |
| 2027 | Sex Crimes/Sexual Harrassment | December 04, 2014 | 1 | Plano Police Academy |
| 2040 | Defensive Tactics | December 04, 2014 | 2 | Plano Police Academy |
| 2045 | Patrol Procedures | December 04, 2014 | 1 | Plano Police Academy |
| 4000 | Bombs and Explosive Devices | December 04, 2014 | 1 | Plano Police Academy |
| 2046 | Driving | December 04, 2014 | 2 | Plano Police Academy |
| 2075 | Traffic Direction | December 04, 2014 | 1 | Plano Police Academy |
| 2095 | Use of Force (Non-Intermediate Core Course) | December 04, 2014 | 2 | Plano Police Academy |

| 3856 | First Aid / EMT / ECA (not course 3830) | December 04, 2014 | 1 | Plano Police Academy |
|---|---|---|---|---|
| 4021 | Video Techniques | December 04, 2014 | 1 | Plano Police Academy |
| 4040 | Mental Impairment (General) | December 04, 2014 | 1 | Plano Police Academy |
| 3334 | Firearms Electronic Simulator | December 04, 2014 | 1 | Plano Police Academy |
| 3344 | Less Lethal Electronic Control Device Training | December 04, 2014 | 2 | Plano Police Academy |
| 3717 | Social Media-Networking | December 04, 2014 | 2 | Plano Police Academy |
| 3030 | Answering EEO Complaints | April 17, 2014 | 4 | Plano Police Academy |
| 3322 | Patrol Rifle | February 28, 2014 | 40 | Plano Police Academy |
| 3930 | Ethics - General In-Service Training | December 12, 2013 | 1 | Plano Police Academy |
| 2045 | Patrol Procedures | December 12, 2013 | 3 | Plano Police Academy |

| 3856 | First Aid / EMT / ECA (not course 3830) | December 12, 2013 | 3 | Plano Police Academy |
| 2017 | Crime Scene Investigation | December 11, 2013 | 1 | Plano Police Academy |
| 2086 | Jail Extraction | December 11, 2013 | 3 | Plano Police Academy |
| 2045 | Patrol Procedures | December 11, 2013 | 1 | Plano Police Academy |
| 2053 | Baton (All) | December 11, 2013 | 1 | Plano Police Academy |
| 3183 | 83rd Legislative Session Legal Update* | December 11, 2013 | 3 | Plano Police Academy |
| 2046 | Driving | December 10, 2013 | 8 | Plano Police Academy |
| 2055 | Firearms | December 09, 2013 | 2 | Plano Police Academy |
| 4001 | Mental Health Officer Training Course* | November 01, 2013 | 40 | Plano Police Academy |
| 2178 | S.F.S.T. Practitioner Update | August 27, 2013 | 8 | Plano Police Academy |

| 3896 | Technical/Specialized Seminar | May 15, 2013 | 4 | PLANO POLICE DEPT. (Training Rosters) |
|------|-------------------------------|--------------|---|---------------------------------------|
| 3400 | Traffic | May 03, 2013 | 16 | North Central Texas Reg. Academy |
| 3830 | General First Aid Training | December 13, 2012 | 1 | Plano Police Academy |
| 3400 | Traffic | December 13, 2012 | 1 | Plano Police Academy |
| 2046 | Driving | December 12, 2012 | 2 | Plano Police Academy |
| 3104 | Tire Deflation Device Training | December 12, 2012 | 2 | Plano Police Academy |
| 2070 | Accident Investigations | December 12, 2012 | 1 | Plano Police Academy |
| 3150 | Law Update | December 12, 2012 | 1 | Plano Police Academy |
| 4040 | Mental Impairment (General) | December 12, 2012 | 1 | Plano Police Academy |
| 2040 | Defensive Tactics | December 11, 2012 | 2 | Plano Police Academy |

| 3305 | Active Shooter Response | December 11, 2012 | 4 | Plano Police Academy |
| 2045 | Patrol Procedures | December 11, 2012 | 2 | Plano Police Academy |
| 2055 | Firearms | December 10, 2012 | 2 | Plano Police Academy |
| 3300 | Patrol/Tactical | March 29, 2012 | 1 | Plano Police Academy |
| 3026 | Utilization of the Media | October 28, 2011 | 1 | Plano Police Academy |
| 3751 | Effective Leadership / Leadership Training | October 28, 2011 | 1 | Plano Police Academy |
| 2045 | Patrol Procedures | October 28, 2011 | 3 | Plano Police Academy |
| 2045 | Patrol Procedures | October 28, 2011 | 2 | Plano Police Academy |
| 2055 | Firearms | October 27, 2011 | 2 | Plano Police Academy |
| 2055 | Firearms | October 27, 2011 | 2 | Plano Police Academy |
| 2055 | Firearms | September 28, 2011 | 2 | Plano Police Academy |
| 2045 | Patrol Procedures | September 28, 2011 | 4 | Plano Police Academy |

| 2040 | Defensive Tactics | September 28, 2011 | 2 | Plano Police Academy |
|------|-------------------|--------------------|---|----------------------|
| 3910 | Sexual Harassment Recognition | September 27, 2011 | 1 | Plano Police Academy |
| 3182 | 82nd Legislative Session Legal Update* | September 27, 2011 | 2 | Plano Police Academy |
| 3340 | Crowd Control | September 27, 2011 | 4 | Plano Police Academy |
| 2046 | Driving | September 26, 2011 | 8 | Plano Police Academy |
| 2045 | Patrol Procedures | August 04, 2011 | 2 | Plano Police Academy |
| 3800 | Technical/Specialized | May 19, 2011 | 8 | Texas Department of Public Safety LEA |
| 2045 | Patrol Procedures | October 21, 2010 | 8 | Plano Police Academy |
| 2046 | Driving | October 20, 2010 | 2 | Plano Police Academy |
| 3200 | Investigations | October 20, 2010 | 2 | Plano Police Academy |
| 3300 | Patrol/Tactical | October 20, 2010 | 1 | Plano Police Academy |

| 3300 | Patrol/Tactical | October 20, 2010 | 1 | Plano Police Academy |
|------|-----------------|------------------|---|----------------------|
| 3902 | Crime Prevention In-Service | October 20, 2010 | 1 | Plano Police Academy |
| 3856 | First Aid / EMT / ECA (not course 3830) | October 19, 2010 | 1 | Plano Police Academy |
| 3856 | First Aid / EMT / ECA (not course 3830) | October 19, 2010 | 1 | Plano Police Academy |
| 2040 | Defensive Tactics | October 19, 2010 | 1 | Plano Police Academy |
| 2045 | Patrol Procedures | October 19, 2010 | 2 | Plano Police Academy |
| 2055 | Firearms | October 18, 2010 | 4 | Plano Police Academy |
| 3181 | 81st Legislative Session Legal Update* | October 18, 2010 | 2 | Plano Police Academy |
| 3751 | Effective Leadership / Leadership Training | August 27, 2010 | 120 | Plano Police Academy |
| 3030 | Answering EEO Complaints | June 03, 2010 | 4 | Plano Police Academy |
| 2178 | S.F.S.T. Practitioner Update | December 16, 2009 | 8 | PLANO POLICE DEPT. (Training Rosters) |
| 2045 | Patrol Procedures | December 03, 2009 | 1 | Plano Police Academy |
| 3300 | Patrol/Tactical | December 03, 2009 | 1 | Plano Police Academy |

| 3930 | Ethics – General In-Service Training | December 03, 2009 | 1 | Plano Police Academy |
|------|--------------------------------------|-------------------|---|----------------------|
| 2040 | Defensive Tactics | December 03, 2009 | 1 | Plano Police Academy |
| 3900 | Community | December 03, 2009 | 3 | Plano Police Academy |
| 2046 | Driving | December 02, 2009 | 8 | Plano Police Academy |
| 3700 | Management/Supervision | November 12, 2009 | 2 | Bill Blackwood LEMI of Texas |
| 3150 | Law Update | September 22, 2009 | 1 | Plano Police Academy |
| 2093 | Juvenile Procedures | September 22, 2009 | 1 | Plano Police Academy |
| 3300 | Patrol/Tactical | September 22, 2009 | 2 | Plano Police Academy |
| 2046 | Driving | September 11, 2009 | 8 | Plano Police Academy |
| 3340 | Crowd Control | June 03, 2009 | 8 | Plano Police Academy |

| 3200 | Investigations | February 10, 2009 | 16 | Plano Police Academy |
|------|----------------|-------------------|-----|----------------------|
| 3404 | Traffic Stops | September 26, 2008 | 2 | Plano Police Academy |
| 2051 | Terrorism/Dign Prot/Spe Threat | September 26, 2008 | 6 | Plano Police Academy |
| 2055 | Firearms | September 25, 2008 | 5 | Plano Police Academy |
| 3200 | Investigations | September 24, 2008 | 1 | Plano Police Academy |
| 2040 | Defensive Tactics | September 24, 2008 | 2 | Plano Police Academy |
| 2057 | Courtroom Demeanor/Testimony | September 24, 2008 | 1 | Plano Police Academy |
| 3856 | First Aid / EMT / ECA (not course 3830) | September 24, 2008 | 2 | Plano Police Academy |
| 2012 | Arson Inv. | September 24, 2008 | 1 | Plano Police Academy |
| 3200 | Investigations | August 20, 2008 | 16 | Wichita Falls Police Academy |

| 3939 | Cultural Diversity* | July 15, 2008 | 8 | Plano Police Academy |
|---|---|---|---|---|
| 3751 | Effective Leadership / Leadership Training | May 30, 2008 | 8 | Plano Police Academy |
| 3753 | Motivation Techniques | February 27, 2008 | 8 | Plano Police Academy |
| 3100 | LAW | December 13, 2007 | 3 | Plano Police Academy |
| 3500 | Jail | September 12, 2007 | 1 | Plano Police Academy |
| 3930 | Ethics - General In-Service Training | September 12, 2007 | 1 | Plano Police Academy |
| 3700 | Management/Supervision | September 12, 2007 | 2 | Plano Police Academy |
| 2040 | Defensive Tactics | September 12, 2007 | 2 | Plano Police Academy |
| 3400 | Traffic | September 12, 2007 | 1 | Plano Police Academy |
| 2046 | Driving | September 11, 2007 | 8 | Plano Police Academy |

| 2095 | Use of Force (Non-Intermediate Core Course) | September 10, 2007 | 1 | Plano Police Academy |
|------|---------------------------------------------|--------------------|---|----------------------|
| 3232 | Special Investigative Topics* | September 10, 2007 | 5 | Plano Police Academy |
| 3841 | Crisis Intervention Training* | August 29, 2007 | 16 | RICHARDSON POLICE DEPT. (Training Rosters) |
| 3700 | Management/Supervision | July 26, 2007 | 8 | Plano Police Academy |
| 3300 | Patrol/Tactical | March 15, 2007 | 4 | RICHARDSON POLICE DEPT. (Training Rosters) |
| 3300 | Patrol/Tactical | December 05, 2006 | 4 | Plano Police Academy |
| 3806 | Hazardous Materials (Haz-Mat)/ Haz Mat Investigati | October 24, 2006 | 4 | Plano Police Academy |
| 3910 | Sexual Harassment Recognition | October 23, 2006 | 1 | Plano Police Academy |
| 3100 | LAW | October 23, 2006 | 1 | Plano Police Academy |
| 3300 | Patrol/Tactical | October 23, 2006 | 1 | Plano Police Academy |

| 3200 | Investigations | October 23, 2006 | 1 | Plano Police Academy |
|------|----------------|------------------|---|----------------------|
| 3300 | Patrol/Tactical | October 23, 2006 | 1 | Plano Police Academy |
| 3700 | Management/Supervision | August 07, 2006 | 4 | Plano Police Academy |
| 3700 | Management/Supervision | April 27, 2006 | 8 | Plano Police Academy |
| 3300 | Patrol/Tactical | September 15, 2005 | 8 | Plano Police Academy |
| 3100 | LAW | September 14, 2005 | 1 | Plano Police Academy |
| 3800 | Technical/Specialized | September 14, 2005 | 1 | Plano Police Academy |
| 3300 | Patrol/Tactical | September 14, 2005 | 2 | Plano Police Academy |
| 3300 | Patrol/Tactical | September 14, 2005 | 1 | Plano Police Academy |
| 3900 | Community | September 14, 2005 | 2 | Plano Police Academy |

| 3100 | LAW | September 13, 2005 | 1 | Plano Police Academy |
| 3800 | Technical/Specialized | September 13, 2005 | 1 | Plano Police Academy |
| 3100 | LAW | September 13, 2005 | 1 | Plano Police Academy |
| 3300 | Patrol/Tactical | September 13, 2005 | 1 | Plano Police Academy |
| 3700 | Management/Supervision | September 13, 2005 | 1 | Plano Police Academy |
| 3700 | Management/Supervision | September 13, 2005 | 3 | Plano Police Academy |
| 3700 | Management/Supervision | September 13, 2005 | 1 | Plano Police Academy |
| 3700 | Management/Supervision | February 25, 2005 | 1 | Plano Police Academy |
| 3400 | Traffic | December 16, 2004 | 2 | Plano Police Academy |
| 3200 | Investigations | December 16, | 1 | Plano Police Academy |

| | | 2004 | | |
|---|---|---|---|---|
| 3800 | Technical/Specialized | December 16, 2004 | 3 | Plano Police Academy |
| 3500 | Jail | December 16, 2004 | 1 | Plano Police Academy |
| 3300 | Patrol/Tactical | December 15, 2004 | 2 | Plano Police Academy |
| 3277 | Identity Theft* | December 15, 2004 | 3 | Plano Police Academy |
| 3800 | Technical/Specialized | December 15, 2004 | 2 | Plano Police Academy |
| 3100 | LAW | December 15, 2004 | 1 | Plano Police Academy |
| 3100 | LAW | December 14, 2004 | 1 | Plano Police Academy |
| 3200 | Investigations | December 14, 2004 | 2 | Plano Police Academy |
| 3200 | Investigations | December 14, 2004 | 1 | Plano Police Academy |

| 3200 | Investigations | December 14, 2004 | 2 | Plano Police Academy |
| 3700 | Management/Supervision | December 14, 2004 | 1 | Plano Police Academy |
| 3200 | Investigations | November 13, 2003 | 1 | Plano Police Academy |
| 3300 | Patrol/Tactical | November 13, 2003 | 1 | Plano Police Academy |
| 3800 | Technical/Specialized | November 13, 2003 | 1 | Plano Police Academy |
| 3100 | LAW | November 13, 2003 | 1 | Plano Police Academy |
| 3100 | LAW | November 13, 2003 | 1 | Plano Police Academy |
| 3300 | Patrol/Tactical | November 12, 2003 | 2 | Plano Police Academy |
| 3300 | Patrol/Tactical | November 12, 2003 | 1 | Plano Police Academy |
| 3200 | Investigations | November 12, | 1 | Plano Police Academy |

| | | | | |
|---|---|---|---|---|
| | | 2003 | | |
| 3939 | Cultural Diversity* | November 12, 2003 | 4 | Plano Police Academy |
| 3300 | Patrol/Tactical | November 11, 2003 | 5 | Plano Police Academy |
| 3100 | LAW | November 10, 2003 | 2 | Plano Police Academy |
| 3232 | Special Investigative Topics* | November 10, 2003 | 1 | Plano Police Academy |
| 3800 | Technical/Specialized | November 10, 2003 | 1 | Plano Police Academy |
| 3806 | Hazardous Materials (Haz-Mat)/ Haz Mat Investigati | November 10, 2003 | 2 | Plano Police Academy |
| 3200 | Investigations | February 14, 2003 | 2 | Plano Police Academy |
| 3200 | Investigations | February 14, 2003 | 1 | Plano Police Academy |
| 3800 | Technical/Specialized | February 14, 2003 | 1 | Plano Police Academy |

| 3300 | Patrol/Tactical | February 14, 2003 | 1 | Plano Police Academy |
|------|-----------------|-------------------|---|----------------------|
| 3300 | Patrol/Tactical | February 13, 2003 | 3 | Plano Police Academy |
| 3305 | Active Shooter Response | February 13, 2003 | 3 | Plano Police Academy |
| 3800 | Technical/Specialized | February 12, 2003 | 2 | Plano Police Academy |
| 3232 | Special Investigative Topics* | February 12, 2003 | 4 | Plano Police Academy |
| 3400 | Traffic | February 12, 2003 | 2 | Plano Police Academy |
| 3300 | Patrol/Tactical | February 11, 2003 | 2 | Plano Police Academy |
| 3300 | Patrol/Tactical | February 11, 2003 | 1 | Plano Police Academy |
| 3900 | Community | February 11, 2003 | 1 | Plano Police Academy |
| 3100 | LAW | February 10, 2003 | 2 | Plano Police Academy |
| 3700 | Management/Supervision | February 10, | 1 | Plano Police Academy |

| | | 2003 | | |
|---|---|---|---|---|
| 3700 | Management/Supervision | February 10, 2003 | 1 | Plano Police Academy |
| 3300 | Patrol/Tactical | June 26, 2002 | 8 | Plano Police Academy |
| 3257 | Combined Asset Forfeiture and Racial Profiling* | April 16, 2002 | 8 | Plano Police Academy |
| 3700 | Management/Supervision | February 18, 2002 | 8 | Plano Police Academy |
| 3300 | Patrol/Tactical | October 30, 2001 | 5 | Plano Police Academy |
| 3300 | Patrol/Tactical | October 30, 2001 | 2 | Plano Police Academy |
| 3100 | LAW | October 30, 2001 | 1 | Plano Police Academy |
| 3300 | Patrol/Tactical | September 15, 2001 | 3 | Plano Police Academy |
| 3200 | Investigations | September 14, 2001 | 3 | Plano Police Academy |
| 3300 | Patrol/Tactical | September 12, 2001 | 4 | Plano Police Academy |
| | | | | |

| 3300 | Patrol/Tactical | September 10, 2001 | 2 | Plano Police Academy |
|------|-----------------|--------------------|----|----------------------|
| 3800 | Technical/Specialized | September 10, 2001 | 1 | Plano Police Academy |
| 3100 | LAW | September 10, 2001 | 2 | Plano Police Academy |
| 3200 | Investigations | September 10, 2001 | 2 | Plano Police Academy |
| 3940 | Community Policing | May 01, 2001 | 8 | Plano Police Academy |
| 3232 | Special Investigative Topics* | October 04, 2000 | 8 | Plano Police Academy |
| 3939 | Cultural Diversity* | October 03, 2000 | 4 | Plano Police Academy |
| 3300 | Patrol/Tactical | October 02, 2000 | 4 | Plano Police Academy |
| 3300 | Patrol/Tactical | August 10, 2000 | 8 | Plano Police Academy |
| 3904 | Cultural Awareness | August 04, 2000 | 8 | Plano Police Academy |
| 3737 | New Supervisor's Course* | June 30, 2000 | 120 | Institute for Law Enforcement Administration |

| 3700 | Management/Supervision | May 12, 2000 | 16 | Plano Police Academy |
|------|------------------------|--------------|----|--------------------|
| 3300 | Patrol/Tactical | April 18, 2000 | 8 | Plano Police Academy |
| 3200 | Investigations | April 07, 2000 | 8 | Dallas Police Academy |
| 3800 | Technical/Specialized | December 09, 1999 | 12 | Texas Police Association |
| 3700 | Management/Supervision | December 08, 1999 | 8 | Plano Police Academy |
| 3300 | Patrol/Tactical | November 11, 1999 | 1 | Plano Police Academy |
| 3300 | Patrol/Tactical | November 11, 1999 | 7 | Plano Police Academy |
| 3300 | Patrol/Tactical | November 10, 1999 | 1 | Plano Police Academy |
| 3600 | Juvenile | November 10, 1999 | 2 | Plano Police Academy |
| 3300 | Patrol/Tactical | November 10, 1999 | 5 | Plano Police Academy |

| 3300 | Patrol/Tactical | November 09, 1999 | 5 | Plano Police Academy |
| 3700 | Management/Supervision | November 09, 1999 | 2 | Plano Police Academy |
| 3901 | Family Violence | November 09, 1999 | 2 | Plano Police Academy |
| 3300 | Patrol/Tactical | November 08, 1999 | 1 | Plano Police Academy |
| 3300 | Patrol/Tactical | November 08, 1999 | 4 | Plano Police Academy |
| 3300 | Patrol/Tactical | November 08, 1999 | 3 | Plano Police Academy |
| 3200 | Investigations | October 15, 1999 | 8 | Collin County Community College District - LEA |
| 3800 | Technical/Specialized | August 12, 1999 | 40 | Tarrant Co. College District Training Center Po |
| 3737 | New Supervisor's Course* | July 15, 1999 | 20 | Collin County Community College District - LEA |
| 2080 | Drug Recognition Expert Pre-School | April 01, 1999 | 16 | TEEX Central Texas Police Academy |

| 2081 | Drug Recognition Expert Classroom | April 01, 1999 | 56 | TEEX Central Texas Police Academy |
| 2082 | Drug Recognition Expert Certification | April 01, 1999 | 80 | TEEX Central Texas Police Academy |
| 2900 | LETN Programs | January 31, 1999 | 1 | TargetSolutions |
| 3100 | LAW | October 29, 1998 | 1 | Plano Police Academy |
| 3200 | Investigations | October 29, 1998 | 1 | Plano Police Academy |
| 3232 | Special Investigative Topics* | October 29, 1998 | 3 | Plano Police Academy |
| 3300 | Patrol/Tactical | October 29, 1998 | 1 | Plano Police Academy |
| 3939 | Cultural Diversity* | October 29, 1998 | 3 | Plano Police Academy |
| 3900 | Community | October 28, 1998 | 1 | Plano Police Academy |
| 3910 | Sexual Harassment Recognition | August 07, 1998 | 4 | Plano Police Academy |
| 3800 | Technical/Specialized | July 22, 1998 | 24 | Plano Police Academy |
| 2077 | S.F.S.T. Proficiency | June 09, 1998 | 16 | TEEX Central Texas Police Academy |
| 2067 | S.F.S.T. Practitioner | February 27, 1998 | 24 | TEEX Central Texas Police Academy |
| 3300 | Patrol/Tactical | November 18, | 4 | Plano Police Academy |

| | | 1997 | | |
|---|---|---|---|---|
| 3700 | Management/Supervision | October 31, 1997 | 6 | Plano Police Academy |
| 3800 | Technical/Specialized | October 31, 1997 | 1 | Plano Police Academy |
| 3100 | LAW | October 31, 1997 | 1 | Plano Police Academy |
| 3100 | LAW | October 30, 1997 | 1 | Plano Police Academy |
| 3300 | Patrol/Tactical | October 30, 1997 | 5 | Plano Police Academy |
| 3300 | Patrol/Tactical | October 29, 1997 | 7 | Plano Police Academy |
| 3100 | LAW | October 29, 1997 | 1 | Plano Police Academy |
| 3200 | Investigations | October 28, 1997 | 4 | Plano Police Academy |
| 3300 | Patrol/Tactical | October 28, 1997 | 4 | Plano Police Academy |
| 3300 | Patrol/Tactical | October 27, 1997 | 6 | Plano Police Academy |
| 3300 | Patrol/Tactical | June 19, 1997 | 8 | North Central Texas Reg. Academy |
| 3300 | Patrol/Tactical | June 18, 1997 | 16 | North Central Texas Reg. Academy |
| 3700 | Management/Supervision | February 12, 1997 | 24 | Plano Police Academy |
| 3800 | Technical/Specialized | October 18, 1996 | 6 | Plano Police Academy |

| 3300 | Patrol/Tactical | October 17, 1996 | 2 | Plano Police Academy |
| 3232 | Special Investigative Topics* | October 16, 1996 | 7 | Plano Police Academy |
| 3939 | Cultural Diversity* | October 15, 1996 | 6 | Plano Police Academy |
| 3700 | Management/Supervision | June 18, 1996 | 8 | Plano Police Academy |
| 3100 | LAW | January 26, 1996 | 8 | Plano Police Academy |
| 3300 | Patrol/Tactical | November 10, 1995 | 8 | Richardson Police Academy |
| 3300 | Patrol/Tactical | November 09, 1995 | 8 | Richardson Police Academy |
| 3300 | Patrol/Tactical | November 08, 1995 | 8 | Richardson Police Academy |
| 3300 | Patrol/Tactical | November 07, 1995 | 8 | Richardson Police Academy |
| 3300 | Patrol/Tactical | November 06, 1995 | 4 | Richardson Police Academy |
| 3100 | LAW | November 06, 1995 | 4 | Richardson Police Academy |

| 3904 | Cultural Awareness | November 04, 1994 | 4 | Richardson Police Academy |
| 3800 | Technical/Specialized | November 04, 1994 | 4 | Richardson Police Academy |
| 3300 | Patrol/Tactical | November 03, 1994 | 8 | Richardson Police Academy |
| 3300 | Patrol/Tactical | November 02, 1994 | 8 | Richardson Police Academy |
| 3300 | Patrol/Tactical | November 01, 1994 | 8 | Richardson Police Academy |
| 3201 | Sexual Assault | October 31, 1994 | 2 | Richardson Police Academy |
| 3100 | LAW | October 31, 1994 | 2 | Richardson Police Academy |
| 3601 | Recognition of Child Abuse or Neglect | October 31, 1994 | 2 | Richardson Police Academy |
| 3901 | Family Violence | October 31, 1994 | 2 | Richardson Police Academy |
| 3400 | Traffic | May 19, 1994 | 16 | Collin County Community College District - LEA |
| 3300 | Patrol/Tactical | May 09, 1994 | 8 | Richardson Police Academy |

| 1014 | Basic Instructor Course | March 29, 1994 | 40 | Collin County Community College District - LEA |
|---|---|---|---|---|
| 3300 | Patrol/Tactical | March 18, 1994 | 80 | Dallas Police Academy |
| 3100 | LAW | June 14, 1993 | 2 | Richardson Police Academy |
| 9999 | Other In-Service Training | June 14, 1993 | 166 | Richardson Police Academy |
| 3300 | Patrol/Tactical | June 11, 1993 | 8 | Richardson Police Academy |
| 3901 | Family Violence | June 10, 1993 | 4 | Richardson Police Academy |
| 3601 | Recognition of Child Abuse or Neglect | June 10, 1993 | 4 | Richardson Police Academy |
| 3300 | Patrol/Tactical | June 09, 1993 | 8 | Richardson Police Academy |
| 3300 | Patrol/Tactical | June 08, 1993 | 8 | Richardson Police Academy |
| 3807 | TCIC/NCIC for Less than Full Access Operators | June 17, 1992 | 8 | Plano Police Academy |
| 3800 | Technical/Specialized | December 04, 1991 | 16 | Richardson Police Academy |
| 3700 | Management/Supervision | October 04, 1991 | 2 | Richardson Police Academy |
| 3100 | LAW | October 04, 1991 | 2 | Richardson Police Academy |

| 3300 | Patrol/Tactical | October 04, 1991 | 4 | Richardson Police Academy |
| 3806 | Hazardous Materials (Haz-Mat)/ Haz Mat Investigati | October 03, 1991 | 8 | Richardson Police Academy |
| 3800 | Technical/Specialized | October 02, 1991 | 4 | Richardson Police Academy |
| 3300 | Patrol/Tactical | October 01, 1991 | 8 | Richardson Police Academy |
| 3300 | Patrol/Tactical | September 30, 1991 | 8 | Richardson Police Academy |
| 3800 | Technical/Specialized | May 15, 1991 | 106 | Eastfield College LEA |
| 3300 | Patrol/Tactical | July 17, 1990 | 120 | Richardson Police Academy |
| 3601 | Recognition of Child Abuse or Neglect | June 15, 1990 | 4 | Richardson Police Academy |
| 3400 | Traffic | May 30, 1990 | 128 | Richardson Police Academy |
| 3100 | LAW | August 18, 1989 | 7 | Institute for Law Enforcement Administration |
| 3400 | Traffic | April 11, 1989 | 8 | Richardson Police Academy |
| 3300 | Patrol/Tactical | February 24, 1989 | 8 | Richardson Police Academy |

| 3900 | Community | December 22, 1988 | 24 | Fort Worth Police Academy |
| 3200 | Investigations | October 13, 1988 | 32 | Richardson Police Academy |
| 1000 | Basic Peace Officer* | July 30, 1985 | 400 | North Central Texas Reg. Academy |

**Total continuing education hours** 3064                    *Meets Unit, Cycle or Certificate Mandate