# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| HADRIAN MUMPUKU | § | |
| | § | |
| v. | § | Case No. 4:18-cv-00785-ALM |
| | § | |
| OFFICER BRAD NEAL | § | |

# DEFENDANT BRAD NEAL'S FIRST AMENDED
# ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND

## EXHIBIT NO. 3

## VIDEOS ON DISC

## DELIVERED TO COURT AND PLAINTIFF'S COUNSEL