# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| HADRIAN MUMPUKU | § § | |
| vs. | § § | Civil Action No. 4:18cv785<br>Judge Mazzant |
| BRAD NEAL | § | |

## ORDER SETTING TRIAL

The Court hereby sets the Final Pretrial Conference, Jury Selection and Trial of this case before the undersigned, as follows:

| EVENTS | DEADLINES |
|---|---|
| **Final Pretrial Conference** | **9:00 a.m. on Friday, February 4, 2022,** at the Paul Brown United States Courthouse, 101 E. Pecan Street, Room 208, Sherman, Texas 75090 |
| **Jury Selection/Trial** | **10:00 a.m.** on **Wednesday, February 23, 2022** |

**IT IS SO ORDERED.**

**SIGNED** this 29th day of July, 2021.

*/s/ Amos Mazzant*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE