# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| HADRIAN MUMPUKU, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-CV-00785 |
| BRAD NEAL, | § § | Judge Mazzant |
| *Defendant*. | § § § | |

## ORDER

Pending before the Court is Defendant's Second Motion to Dismiss for Failure to Prosecute (Dkt. #106). Defendant asserts that Plaintiff's "persistent pattern of violations of discovery rules and orders" warrants dismissal (Dkt. #106 at p. 3). While the Court does not condone Plaintiff's actions throughout discovery, such actions have been sufficiently remedied through appointment of trial counsel for Plaintiff. Accordingly, and having considered the motion and the relevant pleadings, the Court finds that Defendant's motion should be **DENIED without prejudice**, subject to refiling.

**IT IS SO ORDERED**.

**SIGNED this 19th day of August, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE